```
FILED ____✓____
LODGED _____
RECEIVED _____

FEB 2 0 2009

MARK L. HATCHER
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
_____DEPUTY
```

The Honorable Paul B. Snyder
Chapter 13
Hearing Date: February 19, 2009
Hearing Time: 1:00 P.M.
Location: Courtroom H
Tacoma, Washington

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

ANDREY SOLMKO )   Case No. 08-46399
NATALYA SOLOMKO )
) ORDER DISMISSING CHAPTER 13 CASE
)
_____Debtors_____)

THIS MATTER having come on regularly for hearing before the Court by the Trustee's application for dismissal, due notice of hearing having been given to the Debtor(s) and the attorney for the Debtor(s); and the Court finding and concluding that the Debtor(s) failed on one or more particulars to comply with the provisions of Section 1322 of the Bankruptcy Code, IT IS HEREBY

ORDERED, ADJUDGED and DECREED that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the Debtor(s); and it is further

ORDERED, ADJUDGED and DECREED that the above-captioned case be dismissed effective on the date of this Order and that the Trustee is directed to administratively close this case and issue Trustee's Final Report to creditors.

DATED this:

_____
Paul B. Snyder
U.S. Bankruptcy Judge

Presented by:

/s/ David M. Howe
David M. Howe
Chapter 13 Trustee

David M. Howe
Chapter 13 Trustee
1551 Broadway, Ste. 600
Tacoma, WA 98402
(253) 572-6600